# Exhibit 1



# Notice of Service of Process

null / ALL
Transmittal Number: 22218878
Date Processed: 10/28/2020

| | |
|---|---|
| **Primary Contact:** | Rosemarie Williams<br>General Motors LLC<br>Mail Code 482-C23-SOP 300 Renaissance CTR<br>300 Renaissance Center<br>Detroit, MI 48265-0001 |
| **Entity:** | General Motors LLC<br>Entity ID Number 3113523 |
| **Entity Served:** | General Motors LLC |
| **Title of Action:** | Ridgeway, Larry vs. General Motors LLC |
| **Matter Name/ID:** | Ridgeway, Larry vs. General Motors LLC (10614743) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Natrona County District Court, WY |
| **Case/Reference No:** | 108940 |
| **Jurisdiction Served:** | Wyoming |
| **Date Served on CSC:** | 10/27/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Ragain & Clark PC (Worland, WY)<br>307-388-6400 |
| **Client Requested Information:** | Year: 2005<br>Make: Pontiac<br>Model: Montana<br>VIN: |
| Notes: | Ragain & Clark PC PO Box 667 Worland, WY 82401<br><br>CSC Location document was served: Corporation Service Company 1821 Logan Ave Cheyenne, WY 82001<br><br>The document matches the original as it was received. This is the best possible image. |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
| COUNTY OF NATRONA | ) ss.<br>) | SEVENTH JUDICIAL DISTRICT |

| | |
|---|---|
| LARRY RIDGEWAY,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | CASE NO. __108940__ |

## SUMMONS

To the above-named Defendant:     General Motors, LLC
c/o Corporation Service Company
1821 Logan Ave.
Cheyenne, WY  82001

YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiff's attorney an answer to the Complaint which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the Complaint within 30 days after service of this Summons upon you, exclusive of the day of service).  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED this 21 day of October, 2020.

ANNE VOLIN
Clerk of District Court

By: _____
Deputy Clerk

RAGAIN & CLARK, PC

By: /s/ David M. Clark
David M. Clark, 6-4133
RAGAIN & CLARK, P.C.
P.O. Box 667
Worland, WY 82401
P: 307-388-6400
F: 307-333-0325
E: dave@mtwylaw.com
*Attorney for Plaintiff*

| STATE OF WYOMING | ) | IN THE DISTRICT COURT |
| COUNTY OF NATRONA | ) ss. | SEVENTH JUDICIAL DISTRICT |
|  | ) |  |

| LARRY RIDGEWAY, | CASE NO. 108940 |
| --- | --- |
| Plaintiff, | |
| v. | FILED |
| GENERAL MOTORS, LLC, | OCT 21 2020 |
| Defendant. | Anne Volin, Clerk of District Court<br>CONNIE ROLLING<br>By:_____ Deputy |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. Plaintiff Larry Ridgeway ("Ridgeway") is at all material times herein a resident of Evansville, Natrona County, Wyoming.

2. Defendant General Motors ("GM") is, upon information and belief, a Michigan corporate entity with its principal place of business in Detroit, Michigan.

3. Venue is proper in the district court of Natrona County, Wyoming.

4. This is a matter seeking damages in an amount exceeding $50,000. Accordingly, this Court has jurisdiction.

### FACTUAL BACKGROUND

5. On October 1, 2020, Ridgeway was the seat-belted driver of a 2005 Pontiac Montana Minivan ("Minivan"). Ridgeway was driving the Minivan on I-25 near Wheatland, Wyoming.

6. Ridgeway lost control of the Minivan for reasons presently unknown, and the Minivan overturned. During the crash sequence, the roof of the Minivan intruded

Page 1 of 3

into the passenger compartment of the vehicle, causing serious and severe injuries to Ridgeway.

## COUNT I – STRICT LIABILITY

7. Ridgeway incorporates all paragraphs above.

8. GM designed, and/or manufactured, and/or sold the subject Minivan and placed it into the stream of commerce.

9. The Minivan was sold in a defective condition which made it unreasonably dangerous to persons such as Ridgeway, who could reasonably have been expected to be injured by the product.

10. The Minivan was intended to and did reach Ridgeway without substantial change in the condition in which it was sold.

11. As a direct and proximate result of the defective and dangerous condition of the Minivan, Ridgeway suffered serious and severe injuries.

WHEREFORE, Plaintiff prays this Court enter judgment in his favor and against Defendant for damages in an amount exceeding $50,000, with the amount of damages to be proven at trial, and for costs of this action.

## JURY DEMAND

Plaintiff demands a trial by a jury of 6 persons, on all of the issues in the above-captioned action, and respectfully requests that this case be placed upon a jury docket at the appropriate time. The required jury fee is submitted herewith.

DATED this 19th day of October, 2020.

                                              RAGAIN & CLARK, PC

By: _____
David M. Clark, 6-4133
RAGAIN & CLARK, P.C.
P.O. Box 667
Worland, WY 82401
P: 307-388-6400
F: 307-333-0325
E: dave@mtwylaw.com
*Attorney for Plaintiff*