Lance E. Shurtleff, Esq. WSB#6-3794
Gordon Rees Scully Mansukhani, LLP
515 E. Ivinson, Suite 108
Laramie, WY 82070
D: (303) 200-6949
T: (303) 365-6741
F: (303) 222-7825
lshurtleff@grsm.com

Darin J. Lang, Esq., *Pro Hac Vice*
Christopher Carry, Esq., *Pro Hac Vice*
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
303-583-9917
darin.lang@nelsonmullins.com
chris.carry@nelsonmullins.com

*Attorneys for Defendant General Motors LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| LARRY RIDGEWAY,<br><br>                    Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>                    Defendant. | Civil Action No. 0:20-cv-00210-SWS<br><br><br>**NOTICE OF SETTLEMENT** |

The Parties, by and through their counsel of record, hereby inform the Court that the Parties have reached a settlement which resolves all pending claims.

The Parties are currently working to finalize the settlement agreement. Upon the approval and execution of the settlement documents, the parties will file a stipulation for dismissal with prejudice. The parties anticipate filing the dismissal documents within the next 45 days.

Date this 9th day of March, 2021.

        NELSON MULLINS RILEY & SCARBOROUGH LLP

        By: *s/ Darin J. Lang*
        Darin J. Lang, Esq., *Pro Hac Vice*
        Christopher Carry, Esq., *Pro Hac Vice*
        1400 Wewatta Street, Suite 500
        Denver, CO 80202
        303-583-9917
        darin.lang@nelsonmullins.com
        chris.carry@nelsonmullins.com

        Lance E. Shurtleff, Esq. WSB#6-3794
        GORDON REES SCULLY MANSUKHANI, LLP
        515 E. Ivinson, Suite 108
        Laramie, WY 82070
        D: (303) 200-6949
        T: (303) 365-6741
        F: (303) 222-7825
        lshurtleff@grsm.com

        *Attorneys for Defendant*

        AND

        RAGAIN & CLARK PC

        By: *s/ James M. Ragain*
        James M. Ragain
        David M. Clark, 6-4133
        900 Big Horn Avenue
        P. O. Box 667
        Worland, WY 82401
        P: (307) 388-6400
        F: (307) 333-0325
        dave@mtwylaw.com

        *Attorneys for Plaintiff*

-3-

## CERTIFICATE OF SERVICE

The foregoing was electronically filed with the Court this 9th day of March, 2021. Notice of this filing will be sent by operation of the Court's case management and electronic filing system. Parties may access this filing through the Court's case management and electronic filing system.

                                     s/ *Darin Lang*
                                     *Attorney for Defendant General Motors LLC*