FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 APR -7 PM 2: 05

MARGARET BOTKINS, CLERK
CASPER

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| LARRY RIDGEWAY, <br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS LLC, <br> Defendant. | Civil Action No. 0:20-cv-00210-SWS <br><br> **ORDER GRANTING STIPULATED MOTION TO DISMISS** |

The Court having reviewed Plaintiff Larry Ridgeway and Defendant General Motors LLC's Motion to Dismiss hereby GRANTS the motion and ORDERS that the action be DISMISSED with prejudice, each side to pay its own fees and costs.

April 7th, 2021

BY THE COURT:

United States District Court Judge